# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-1933

_____

JOSEPH THOMAS,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Duval County.
Angela M. Cox, Judge.

February 5, 2019

PER CURIAM.

   AFFIRMED.

MAKAR, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Joseph Thomas, pro se, Appellant.

Ashley B. Moody, Attorney General, Tallahassee, for Appellee.